UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACQUELINE BROWN                                                                        PLAINTIFF

VS.                                                           CIVIL ACTION NO.: 3:20-cv-00173-HTW-LGI

THE CATHOLIC DIOCESE OF JACKSON
AMD REBECCA HARRIS                                                                    DEFENDANTS

**NOTICE**

COMES NOW, Plaintiff Jacqueline Brown, by and through counsel, and files this Notice to the Court that Plaintiff is withdrawing her Motion for Partial Summary Judgment [62] and Supporting Memorandum [63]. This withdrawal will cause Plaintiff's Motion to Extend Motion Deadline [60] and Defendants The Catholic Diocese of Jackson ("Diocese") and Rebecca Harris's Motion to Strike Plaintiff's Motion for Partial Summary Judgment [69] to be moot. This withdrawal is only based on the timeliness of the motion for extension of the motion deadline, and Plaintiff still opposes any issue on the merits, which are articulated in her Response to Defendants' Motion for Summary Judgment [72].

Respectfully submitted, this the 19th day of July 2021.

/s/ Emily Bradley
Emily Bradley, MSB #104523
Brent Hazzard, MSB #99721
Schwartz & Associates, P.A.
162 E Amite Street
Jackson, Mississippi 39201
T: (601) 988-8888
F: 601) 353-0217
ebradley@1call.org
bhazzard@1call.org

## **CERTIFICATE OF SERVICE**

      I, Emily Bradley, do hereby certify that I have served a true and correct copy of the above and forgoing document of the above and foregoing to all counsel of record via the CM/ECF filing system.

      So certified, this the 19th day of July 2021.

                                               /s/ Emily Bradley